DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

ALLEN v. ALLEN

No. 627P83.

Case below: 65 N.C. App. 86.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 March 1984.

BARBER v. BARBER

No. 467P83.

Case below: 61 N.C. App. 567.

Petition by Margaret Grace Barber for discretionary review under G.S. 7A-31 denied 6 March 1984.

BARRINGTON v. EMPLOYMENT SECURITY COMMISSION

No. 635P83.

Case below: 65 N.C. App. 602.

Petition by defendants for discretionary review under G.S. 7A-31 denied 6 March 1984.

BOZA v. SCHIEBEL

No. 626P83.

Case below: 65 N.C. App. 151.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 March 1984.

BRIDGERS v. BRIDGERS

No. 317P83.

Case below: 62 N.C. App. 583.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 6 March 1984.